**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LORI LOW, ON BEHALF OF HERSELF AND THOSE
SIMILARLY SITUATED,

                    **Plaintiff,**

-vs-                                      **Case No.  6:06-cv-1277-Orl-28KRS**

BELL, LEEPER & ROPER, P.A.,

                    **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration after oral argument on the following motion

filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR ENTRY OF FINAL JUDGMENT (Doc. No. 34)** |
| **FILED:** | **March 28, 2007** |

      This case was brought under the Fair Labor Standards Act (FLSA), 29 U.S.C. §

201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, the United States Court of

Appeals for the Eleventh Circuit explained that claims for back wages under the FLSA may

only be settled or compromised when the Department of Labor supervises the payment of

back wages, or when the district court enters a stipulated judgment "after scrutinizing the

settlement for fairness." 679 F.2d 1350, 1352-55 (11th Cir. 1982).

      While the complaint originally asserted collective action allegations, at a fairness

hearing held before me on May 10, 2007, counsel for Plaintiff Lori Low indicated that there

were no opt-in plaintiffs. Accordingly, I recommend that the collective action allegations be

**DISMISSED**.

Defendant Bell, Leeper & Roper, P.A., served an offer of judgment, which Low accepted.  Doc. No. 34, Exs. A & B.  According to counsel for Low, the offer of judgment fully compensates Low for any unpaid overtime to which she may have been entitled under the FLSA.  Therefore, I conclude that the proposed settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA.

Based on the foregoing, and on the fact that payment has already been tendered, the parties agree that if the Court approves the settlement, the case should be dismissed with prejudice.

For the foregoing reasons, I respectfully recommend that the Court approve the settlement, **GRANT** the motion, and dismiss the case with prejudice, pursuant to the agreement of the parties. I further recommend that the Court direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 10, 2007.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy