**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LORI LOW, ON BEHALF OF HERSELF
AND THOSE SIMILARLY SITUATED,

                Plaintiff,

-vs-                                    Case No. 6:06-cv-1277-Orl-28KRS

BELL, LEEPER & ROPER, P.A.,

                Defendant.

---

# ORDER

This case is before the Court on the Joint Motion for Entry of Final Judgment (Doc. No. 34) filed March 28, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 10, 2007 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Entry of Judgment is **GRANTED.**

    3.    The collective action allegations in the Complaint are **DISMISSED.**

    4.    The settlement is **APPROVED.**

    4.    This case is dismissed with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30__ day of May, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party